**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DAVID C. ONYIUKE,

                 Plaintiff,

     v.

CHEAP TICKETS, INC.;
VIRGIN ATLANTIC, LTD,

             Defendants.

Civ. Action No. 09-891  (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the opinion filed herewith, and with good cause appearing;

**IT IS** on this 31st day of December, 2009 hereby

**ORDERED** that Cheap Tickets, Inc.'s and Virgin Atlantic, Ltd's motions to dismiss [D.E. 20, 24], are **granted**; and it is further ordered that plaintiff's amended complaint [D.E. 7] is dismissed.  The Clerk is directed to close the case.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.

1